

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　vs.<br>Joseph Andre FLAUNDERS<br>　　　　　Defendant. | Case No.: CR-90-510-DSF<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD Cyn___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

A.　(✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___no evid in support by ∆; previous escape ; v___

and/~~or~~

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: no evid in opp by Δ of prior record

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 1/11/11

_____
RALPH ZAREFSKY
UNITES STATES MAGISTRATE JUDGE