FILED
CLERK, U.S. DISTRICT COURT

SEP 17 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 90-CR-510 |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | |
| JOSEPH ANDRE FLAUNDERS, | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (X)  the appearance of defendant as required; and/or

    (B)  (X)  the safety of any person or the community.

//
//

1  The court concludes:

2  A.  (X)  Defendant poses a risk to the safety of other persons or the community
3          because defendant has not demonstrated by clear and convincing
4          evidence that:
5          _he can overcome presumption. Defendant has_
6          _submitted on the issue of detention following_
7          _the government's proffer._
8          _____
9

10 (B) (X)  Defendant is a flight risk because defendant has not shown by clear
11          and convincing evidence that:
12          _he can overcome presumption. Defendant has_
13          _submitted on the issue of detention following_
14          _the government's proffer._
15          _____
16

17     IT IS ORDERED that defendant be detained.

18
19
20
21 DATED: _9-17-12_
22
23
24                                    HONORABLE JAY C. GANDHI
                                      UNITED STATES MAGISTRATE JUDGE
25
26
27
28

2